# United States District Court
# Central District of California

| | |
|---|---|
| UNICOLORS, INC., | Case No. 2:16-cv-8430-ODW(FFM) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE.** |
| MODCLOTH, INC. | **SETTLEMENT** |
| Defendants. | |

In light of the Notice of Settlement (ECF No. 17), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than March 2, 2017**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

February 2, 2017

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**